```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 15652
   MARION C BUSH
   LOUISE STACKHOUSE BUSH                    CHAPTER 13

                                             JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-9276    SSN XXX-XX-5992

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/28/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED         447.45            .00             .00
HOMEQ SERVICING           UNSECURED       37906.55            .00             .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG       .00             .00             .00
COUNTRYWIDE HOME LOANS    UNSECURED      NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE 114043.00             .00        10450.00
ASSET ACCEPTANCE LLC      UNSECURED        1283.34            .00             .00
BANK MARIN                UNSECURED      NOT FILED            .00             .00
BANK ONE                  UNSECURED      NOT FILED            .00             .00
MERCHANTS CR              UNSECURED      NOT FILED            .00             .00
NICOR GAS                 UNSECURED        1825.01            .00             .00
COMMONWEALTH EDISON       UNSECURED         428.23            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         241.57            .00             .00
B-REAL LLC                UNSECURED         322.97            .00             .00
B-REAL LLC                UNSECURED         425.13            .00             .00
NCO FINANCIAL             UNSECURED         435.31            .00             .00
ACME CONTINENTAL CU       UNSECURED        2545.62            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         430.38            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,418.00                        3,418.00
TOM VAUGHN                TRUSTEE                                         1,132.00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            15,000.00

PRIORITY                                      .00
SECURED                                 10,450.00
UNSECURED                                     .00
ADMINISTRATIVE                           3,418.00
TRUSTEE COMPENSATION                     1,132.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15652 MARION C BUSH & LOUISE STACKHOUSE BUSH
```

```
DEBTOR REFUND                                                       .00
                                          ---------------    ---------------
TOTALS                                         15,000.00          15,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                                /s/ Tom Vaughn

Dated: 03/05/09                                      _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE